O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND GRIFFIN, | ) | Case No. EDCV 11-550-PSG (OP) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| GREG LEWIS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; (2) denying Respondent's Motion to Dismiss as moot; and (3) directing that Judgment be entered denying the Petition and dismissing this action without prejudice to Petitioner's filing a new petition after the challenged judgment of conviction becomes final. If and when he returns to federal court, Petitioner should not file an "amended petition" in this action. Rather, he should file a new federal habeas petition..

DATED:   May 2, 2012

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2