JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAYMOND GRIFFIN,

     Petitioner,

   v.

GREG LEWIS, Warden,

     Respondent.

Case No. EDCV 11-550-PSG (OP)

J U D G M E N T

  Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:  May 2, 2012  

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge